[No. 9444–4–II.   Division Two.   July 31, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. SHAWN
ANDREW CRABTREE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 85–1–00255–5, James D. Ladley, J., entered
December 30, 1985. *Affirmed* by unpublished opinion per
Alexander, J., concurred in by Reed, C.J., and Petrich, J.

[No. 10083–5–II.   Division Two.   July 31, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ARTHUR LEE
LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 85–1–01552–7, Nile E. Aubrey, J., entered
June 27, 1986. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Alexander, A.C.J., and
Petrich, J.

[No. 17988–8–I.   Division One.   August 3, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ANGELO H.
LAMBROU, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 85–1–00717–9, Daniel T. Kershner, J.,
entered February 24, 1986. *Dismissed* by unpublished
opinion per Williams, J., concurred in by Scholfield, C.J.,
and Grosse, J.